O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. MCINTOSH,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY, CA, *et al.*,<br><br>    Defendants. | Case No. LA CV 15-3856 JFW (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

//
//
//
//
//
//
//
//

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered dismissing this action without prejudice; and
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: April 7, 2016

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE