JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. MCINTOSH,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY, CA, *et al.*,<br><br>    Defendants. | Case No. LA CV 15-3856 JFW (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 7, 2016

                                        HON. JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE